IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CION PERALTA,** | 1:18-cv-01023-DAD-EPG (PC) |
| Plaintiff, | **ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER** |
| v. | (ECF No. 30) |
| **J. SWETALLA, et al.,** | |
| Defendants. | |

On September 18, 2020, Defendants moved the Court to modify the scheduling order filed February 25, 2020, (ECF No. 27), and continue the discovery deadline in this matter to October 21, 2020, and the dispositive motions deadline to December 2, 2020. (ECF No. 30). Good cause having been shown, Defendants' motion is GRANTED.

IT IS HEREBY ORDERED that the scheduling order is hereby modified as follows:

| **Event** | **Current Date or Deadline** | **Revised Date or Deadline** |
|---|---|---|
| Telephonic Discovery and Status Conference | October 5, 2020<br>Time: 3:00 p.m. | October 5, 2020<br>Time: 3:00 p.m. (unchanged) |
| Non-Expert Discovery Cutoff | October 9, 2020 | October 21, 2020 |
| Expert Disclosure Deadline | May 14, 2021 | May 14, 2021 (unchanged) |
| Rebuttal Expert Disclosure Deadline | June 18, 2021 | June 18, 2021 (unchanged) |

| Event | Current Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Dispositive Motion Filing Deadline | November 13, 2020 | December 2, 2020 |
| Telephonic Trial Confirmation Hearing | September 20, 2021<br>Time: 1:30 p.m.<br>Courtroom 5 (DAD) | September 20, 2021<br>Time: 1:30 p.m.<br>Courtroom 5 (DAD)<br>(unchanged) |

IT IS SO ORDERED.

Dated:  **September 21, 2020**              /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE