IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CION PERALTA,**<br><br>Plaintiff,<br><br>v.<br><br>**J. SWETALLA, et al.,**<br><br>Defendants. | Case No. 1:18-cv-01023-DAD-EPG (PC)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>(ECF No. 34) |

On December 1, 2020, Defendants moved the Court to modify the scheduling order, and continue the dispositive motions deadline to December 16, 2020. (ECF No. 34.) Good cause having been shown, Defendants' motion is GRANTED.

IT IS HEREBY ORDERED that the scheduling order is hereby modified, and the parties have until December 16, 2020, to file dispositive motions.

IT IS SO ORDERED.

Dated:  **December 2, 2020**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1