UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CION PERALTA,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SWETALLA, et al.,<br><br>    Defendants. | No. 1:18-cv-01023-DAD-EPG (PC)<br><br>ORDER TO FILE NOTICE OF COMPLIANCE<br><br>(ECF No. 46) |

On March 10, 2021, the Court granted Plaintiff's motion to compel in part and ordered Defendants to provide the compelled responses in thirty days and to file a notice indicating they had done so. (ECF No. 46). Because Defendants had previously filed a motion for summary judgment, (ECF No. 37), the Court set a briefing schedule to allow each party to supplement its briefs on the motion for summary judgment, (ECF No. 46 at 11). The briefing schedule was based on the date Defendants filed their notice of compliance. (*Id.*).

More than thirty days have elapsed since the Court entered its order and Defendants have not filed their notice of compliance.

Accordingly, IT IS HEREBY ORDERED that Defendants shall file a notice indicating their compliance with the Court's March 10, 2021 order within seven (7) days.

IT IS SO ORDERED.

Dated:   **April 22, 2021**              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

1